*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KIRKBY, GANNON, and HARRELL
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Eddie C. WALKER**
Aviation Boatswain's Mate (Fuels) Petty Officer Second Class
(E-5), U.S. Navy
*Appellant*

**No. 202400273**

_____

Decided: 21 February 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Rachel Trest (arraignment)
Kimberly J. Kelly (trial)

Sentence adjudged 30 June 2022 by a special court-martial tried at Naval Air Station Jacksonville, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1.

For Appellant:
*Commander Kyle C. Kneese, JAGC, USNR*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.